Reversed and Remanded and Opinion filed November 24, 2004









Reversed and Remanded and Opinion filed November 24,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00497-CV

____________

 

BANQUE BELGOLAISE S.A.,
Appellant

 

V.

 

NOBLE INTERNATIONAL LIMITED, Appellee

 



 

On Appeal from the 133rd District
Court

Harris County, Texas

Trial Court Cause No.
01-49917

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed February 10, 2004.

On November 19, 2004, the parties filed a notice of
settlement and a joint motion asking that we remand the case to the trial court
with an order to vacate the February 10, 2004, judgment and to enter a
take-nothing judgment dismissing the claims of all parties with prejudice.  We will treat this as a motion to reverse and
remand the case to the trial court.  See
Tex. R. App. P. 42.1.  The motion is granted.








Accordingly, the judgment is reversed and the cause is
remanded to the trial court for entry of orders consistent with the parties= settlement agreement.

 

PER CURIAM

 

Judgment rendered and Opinion
filed November 24, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.